Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–30690–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Universal Sales Consultants
   dba Universal Renovation Consultants
   1123 A Route 23 S.
   Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
   47–2169023

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on December 7, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 48 – 31
Order Granting Application For Compensation for Withum Smith & Brown, PC, fees awarded: $18,410.90, expenses awarded: $0.00 (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/6/2018. (rah)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 7, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-30690-SLM
Universal Sales Consultants                                                     Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Dec 07, 2018
                             Form ID: orderntc         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc            +E-mail/Text: kdegraw@withum.com Dec 08 2018 00:47:20        Withum Smith & Brown, PC,
          465 South Street,   Suite 200,   Morristown, NJ 07960-6439
                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joseph R Zapata, Jr.   on behalf of Plaintiff Steven P. Kartzman jzapata@msklaw.net
          Judah B Loewenstein   on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net
          Judah B Loewenstein   on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
          Leonard S. Singer   on behalf of Debtor   Universal Sales Consultants zsbankruptcy@gmail.com,
           r57125@notify.bestcase.com
          Martin  Cabalar   on behalf of Creditor Erminio and Denise  Liotta mcabalar@bplegal.com,
           shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
          Steven P. Kartzman   kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman   on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman   on behalf of Accountant   Withum Smith & Brown, PC kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                TOTAL: 9