Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 16–30690–SLM
                         Chapter: 7
                         Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Universal Sales Consultants
   dba Universal Renovation Consultants
   1123 A Route 23 S.
   Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
   47–2169023

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      11/5/19
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Withum Smith & Brown, PC, Accountant,

COMMISSION OR FEES
$3,869.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 7, 2019
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30690-SLM
Universal Sales Consultants                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Oct 07, 2019
                              Form ID: 137             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
```
db          +Universal Sales Consultants,    1123 A Route 23 S.,    Wayne, NJ 07470-6608
aty         +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
              Morris Plains, NJ 07950-1287
cr           Erminio and Denise Liotta,    Becker and Poliakoff, LLP,    1776 On the Green, Suite 702,,
              67 Park Palace East, Suite 702
516471901   +1 Computer,    66 Laguna Drive,    Wayne, NJ 07470-5952
516471902   +Adam Carpentieri,    120 Rutland Court,    Glen Rock, NJ 07452-1221
516529362   +Alex Duque,    67 James STreet,    Englewood, NJ 07631-2608
516529363   +All Phase Electric Ent, Inc.,    75A Lake Roa Suite 179,    Congers, NY 10920-2323
516529364   +Amber Plumbing,    13 Woodward Ave.,    Bloomingdale, NJ 07403-1503
516529365   +American Insulation Corp.,    27-31 1st Avenue,    Paterson, NJ 07514-2001
516529366   +Angie's List,    1030 E. Washington Street,    Indianapolis, IN 46202-3953
516529367   +BJF Sanitations Inc,    168 Canal Street,    Paterson, NJ 07503-3127
516529372   +CQ Electric LLC,    P.O. Box 194,    Riverdale, NJ 07457-0194
516529373   +CR Bootney Builders llc,    648 Black Oak Ridge Road,    Wayne, NJ 07470-6459
516471905   +Chase,    P.O. Box 659754,    San Antonio, TX 78265-9754
516529370   +Chuma's Siding LLC,    33 Leslie PLace,    Irvington, NJ 07111-5277
516471906   +City Lumber,    49-47 31st street,    Long Island City, NY 11101-3106
516471907   +Crestview Financial,    1430 Broadway,    Suite 401,    New York, NY 10018-3371
516529374   +Dinam Developement Corp,    88-84 138th Street,    Jamaica, NY 11435-4111
516529376   +Eric Johns,    71 Mohican Park Ave,    Dobbs Ferry, NY 10522-2308
516529377   +Erminio Liotta,    c/o Darryl SAunders,    83 Polk Street,    Newark, NJ 07105-2848
516529378   +Fast Tax,    P.O. Box 1748,    Albrightsville, PA 18210-1748
516529379   +Force Electric Service,    156 Union Avenue,    Clifton, NJ 07011-2634
516529380   +G & I Energy,    55 Sawmill Roiad,    Lebanon, NJ 08833-4621
516471908   +Glen Rock Stair Corp,    551 Commerce Street,    Franklin Lakes, NJ 07417-1309
516529383   +Interstate Waste Service,    300 Frank W. Burr Blvd Su3,    Teaneck, NJ 07666-6730
516529384   +Jackie Giguere,    Jennifer Stuart,    22 West 66th Street Pen,    New York, NY 10023-6207
516529385   +Jerry Cohen,    1105 Roosevelt Ave,    New Milford, NJ 07646-3225
516529387   +Ken Light,    440 Grren Street,    Boonton, NJ 07005-1521
516529388   +Kooney, William,    268 Farrant Ter,    Teaneck, NJ 07666-3259
516529390   +Metro Message Center,    170 Washington AVenue,    Dumont, NJ 07628-2339
516529392   +NYSIF Workers Compensation,    PO BOX 5238,    New York, NY 10008-5238
516471913    Nulook Capital c/o TD Bank,    5550 Merrick Roaf Suite 2032,    Massapequa, NY 11758
516529397    PSE&G,    PO BOX 14444,    New Brunswick, NJ 08906-4444
516471916    PSEG,    P.O. Box 14444,    Readington, NJ 08870
516529394   +Paul Fedorchak,    32 Ridge Road,    Succasunna, NJ 07876-1840
516471914    Pella Windows and Doors,    P.O. 1199,    Rutherford, NJ 07070
516529396   #+Pequannock Disposal,    PO BOX 426,    Pompton Plains, NJ 07444-0426
516471915   +Plymouth Rock,    P.O. Box 48,    Newark, NJ 07101-0048
516529401   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
               50 Barrack Street 08695,    Trenton, NJ 08695)
516471917   +Skolnick Legal Group,    103 Eisenhower Parkway, Suite 305,    Roseland, NJ 07068-1029
516876338   +Skolnick Legal Group, P.C.,    103 Eisenhower Parkway, Suite 305,    Roseland, NJ 07068-1029
516529399   +Sonic Hardwood Floors,    408 Sairs Ave Apt J,    Long Branch, NJ 07740-5652
516529402   +State of New Jersey CBT,    TD Bank,    P.O. Box 5487,    Mt. Laurel, NJ 08054-5487
516471918   +TD Bank,    P.O. Box 5487,    Mt. Laurel, NJ 08054-5487
516471919   +Terra vest,    601 Hamburg Turnpike,    Suite 307,    Wayne, NJ 07470-2049
516471921   +Vadim Serebro, Esq.,    17 STate STareet Suite 4000,    New York, NY 10004-1508
516529404   +Vadim Serebro, Esq.,    17 State Street Suite 4000,    New York, NY 10004-1508
516529405   +Viola Moore,    981 US RT 9,    Parlin, NJ 08859
516529406   +William Holle,    60 Thomas Ave,    Shrewsbury, NJ 07702-4022
516529407   +Yellowstone,    30 Broad Street, Suite 14,    New York, NY 10004-2906
516471922   +Yellowstone,    30 Broad Street, Suite 1462,    New York, NY 10004-2304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:53     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:52      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
acc         +E-mail/Text: kdegraw@withum.com Oct 08 2019 00:14:13     Withum Smith & Brown, PC,
               465 South Street,    Suite 200,    Morristown, NJ 07960-6439
516529360   +E-mail/Text: amscbankruptcy@adt.com Oct 08 2019 00:15:35     ADT,    P.O. Box 371878,
               Pittsburgh, PA 15250-7878
516471903   +E-mail/Text: amscbankruptcy@adt.com Oct 08 2019 00:15:35     ADT Security Services,
               P.O. Box 371878,    Pittsburgh, PA 15250-7878
516529368   +E-mail/Text: bcwrtoff@cablevision.com Oct 08 2019 00:15:35     Cablevision,    P.O. Box 371378,
               Pittsburgh, PA 15250-7378
516471911   +E-mail/Text: gmiller@johnnyonthespot.com Oct 08 2019 00:14:16      Johnny on the Spot,
               3168 Bordentown Avenue,    Old Bridge, NJ 08857-9703
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Oct 07, 2019
                              Form ID: 137             Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516529393         E-mail/Text: bcwrtoff@cablevision.com Oct 08 2019 00:15:35      Optimum,    PO BOX 371378,
                  Pittsburgh, PA 15250-7378
516471920        +E-mail/Text: compliance@usli.com Oct 08 2019 00:13:41      United States Liability Ins. Comp.,
                  1190 Devon PArk Drive,   P.O. Box 6700,    Wayne, PA 19087-8700
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516471904         Biz Bloom
516529375         Emily Robah,    124 Caldwell Ave
516529382         Gold Bar Capital,    In Advance Working CapiN
516471909         In Advance   Working Capital Now
516471910         Jackie Giguere
516471912         Maribel Montesano
516529389         Maribel Montesano,    1455 Macopin Road,   West Milford
516529400         State Insurance Fund,    105 Corporate Park Dr, Suite 200,   White Plains, NJ
516529361*       +ADT Security Services,    P.O. Box 371878,   Pittsburgh, PA 15250-7878
516529359*       +Adam Carpentieri,    120 Rutland Court,   Glen Rock, NJ 07452-1221
516529369*       +Chase,   P.O. Box 659754,    San Antonio, TX 78265-9754
516529371*       +City Lumber,    49-47 31st street,   Long Island City, NY 11101-3106
516529381*       +Glen Rock Stair Corp,    551 Commerce Street,   Franklin Lakes, NJ 07417-1309
516529386*       +Johnny on the Spot,    3168 Bordentown Avenue,   Old Bridge, NJ 08857-9703
516529391*        Nulook Capital c/o TD Bank,    5550 Merrick Roaf Suite 2032,   Massapequa, NY 11758
516529395*        Pella Windows and Doors,    P.O. 1199,   Rutherford, NJ 07070
516925267*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                  Division of Taxation,   PO Box 245,    Trenton, NJ 08695-0245)
516529398*       +Skolnick Legal Group,    103 Eisenhower Parkway, Suite 305,   Roseland, NJ 07068-1029
516529403*       +Terra vest,    601 Hamburg Turnpike,   Suite 307,   Wayne, NJ 07470-2049
                                                                                  TOTALS: 8, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph R Zapata, Jr.    on behalf of Plaintiff Steven P. Kartzman jzapata@msklaw.net
              Judah B Loewenstein    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net
              Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
              Leonard S. Singer    on behalf of Debtor    Universal Sales Consultants zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Martin Cabalar    on behalf of Creditor Erminio and Denise  Liotta mcabalar@bplegal.com,
               shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
              Steven P. Kartzman    on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Accountant    Withum Smith & Brown, PC kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Oct 07, 2019
                              Form ID: 137             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 9