Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30690−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Universal Sales Consultants
dba Universal Renovation Consultants
1123 A Route 23 S.
Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
47−2169023

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 6, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 59 − 56
Order Granting Application For Compensation for Withum Smith & Brown, PC, fees awarded: $3,869.50, expenses awarded: $0.00 (Related Doc # 56). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/5/2019. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 6, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-30690-SLM
Universal Sales Consultants                                           Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1           Date Rcvd: Nov 06, 2019
                          Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc             +E-mail/Text: kdegraw@withum.com Nov 06 2019 23:53:02      Withum Smith & Brown, PC,
    465 South Street,   Suite 200,   Morristown, NJ 07960-6439
                                                                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joseph R Zapata, Jr.    on behalf of Plaintiff Steven P. Kartzman jzapata@msklaw.net
      Judah B Loewenstein    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net
      Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
      Leonard S. Singer    on behalf of Debtor    Universal Sales Consultants zsbankruptcy@gmail.com, r57125@notify.bestcase.com
      Martin Cabalar    on behalf of Creditor Erminio and Denise  Liotta mcabalar@bplegal.com, shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
      Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
      Steven P. Kartzman    on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
      Steven P. Kartzman    on behalf of Accountant    Withum Smith & Brown, PC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                                                        TOTAL: 9