UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

WITHUM SMITH + BROWN, PC
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, New Jersey 07981
(973) 898-9494
Accountants for Trustee

**Order Filed on November 5, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No. 16-30690-SLM

Chapter 7

In Re:

UNIVERSAL SALES CONSULTANTS

Debtor.

Hearing Date:

Judge: Honorable Stacey L. Meisel

## ORDER GRANTING ALLOWANCES ON SECOND INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: November 5, 2019**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | **UNIVERSAL SALES CONSULTANTS** |
| Case No.: | 16-30690-SLM |
| Caption of Order: | **ORDER GRANTING ALLOWANCES ON SECOND INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR TRUSTEE** |

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Withum, Smith + Brown, PC | $3,869.50 | $0 |

United States Bankruptcy Court
District of New Jersey

In re:  
Universal Sales Consultants  
      Debtor

Case No. 16-30690-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
db            +Universal Sales Consultants,   1123 A Route 23 S.,    Wayne, NJ 07470-6608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joseph R Zapata, Jr.    on behalf of Plaintiff Steven P. Kartzman jzapata@msklaw.net  
           Judah B Loewenstein    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net  
           Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net  
           Leonard S. Singer    on behalf of Debtor    Universal Sales Consultants zsbankruptcy@gmail.com, r57125@notify.bestcase.com  
           Martin Cabalar    on behalf of Creditor Erminio and Denise  Liotta mcabalar@bplegal.com, shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com  
           Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
           Steven P. Kartzman    on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
           Steven P. Kartzman    on behalf of Accountant    Withum Smith & Brown, PC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
                                                                                                                 TOTAL: 9