UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

WITHUM SMITH + BROWN, P.C.
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, NJ 07981
(973) 898-9494
Accountants for Trustee

Order Filed on September 15, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-30690-SLM

In Re:

**Universal Sales Consultants**

Debtor.

Chapter 7

Hearing Date:

Judge: Honorable Stacey L. Meisel

**ORDER GRANTING ALLOWANCES ON THIRD INTERIM PETITION
FOR COMPENSATION TO ACCOUNTANTS FOR THE TRUSTEE**

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: September 15, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor: Universal Sales Consultants

Case No.: 16-30690-SLM

Caption of Order:  **ORDER GRANTING ALLOWANCES ON THIRD INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR TRUSTEE**

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Withum Smith + Brown, P.C. | $1,435.50 | NONE |

United States Bankruptcy Court
District of New Jersey

In re:  
Universal Sales Consultants  
     Debtor

Case No. 16-30690-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 15, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.  
db           +Universal Sales Consultants,    1123 A Route 23 S.,    Wayne, NJ 07470-6608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Joseph R Zapata, Jr    on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com  
       Judah B Loewenstein    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net  
       Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net  
       Leonard S. Singer    on behalf of Debtor    Universal Sales Consultants zsbankruptcy@gmail.com, r57125@notify.bestcase.com  
       Martin Cabalar    on behalf of Creditor Erminio and Denise    Liotta mcabalar@bplegal.com, shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com  
       Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net  
       Steven P. Kartzman    on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net  
       Steven P. Kartzman    on behalf of Accountant    Withum Smith & Brown, PC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net  
                                                                                             TOTAL: 9