# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>UNIVERSAL SALES CONSULTANTS, INC.,<br><br>        Debtor. | Case No.:    16-30690 SLM<br><br>Chapter:    7<br><br>Judge:    Stacey L. Meisel |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King Jr. Federal Building<br>50 Walnut Street, P.O. Box 1352<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on December 7, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  The Trustee filed a complaint alleging that Jarro Construction & Home Improvements, LLC (the "Defendant"), received payments from the Debtor during the pre-petition preference period in the amount of $10,031.00. Default Judgment was entered against the Defendant. The Trustee successfully collected $4,350.35 of the Default Judgment amount. Based on the remaining amount due and owing, and the Defendant's recent communication with the Trustee, the Trustee believes that a settlement is in the best interest of the estate.

Pertinent terms of settlement: The Defendant shall pay the sum of $4,000.00 (the "Settlement Amount") to the Trustee, within 15 days of the entry of the Consent Order, in resolution of the estate's claims against the Defendant. The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation, the cost of which would necessarily diminish any additional recovery. The Defendant shall be permitted to file a proof of claim pursuant to 11 U.S.C. § 522(h), within 30 days of entry of the Consent Order between the parties, and the Trustee will provide the Defendant with a Warrant to Satisfy Judgment following receipt of the Settlement Amount.

Objections must be served on, and requests for additional information directed to:

Name:       /s/ Steven A. Jayson, Esq., Mellinger Kartzman LLC

Address:      101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 16-30690-SLM

Universal Sales Consultants                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: pdf905 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Universal Sales Consultants, 1123 A Route 23 S., Wayne, NJ 07470-6608 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| cr | | Erminio and Denise Liotta, Becker and Poliakoff, LLP, 1776 On the Green, Suite 702,, 67 Park Palace East, Suite 702 |
| trfee | + | Jarro Construction & Home Improvements, LLC, 193 Kansas Street, Hackensack, NJ 07601, UNITED STATES 07601-4019 |
| 516471901 | + | 1 Computer, 66 Laguna Drive, Wayne, NJ 07470-5952 |
| 516471902 | + | Adam Carpentieri, 120 Rutland Court, Glen Rock, NJ 07452-1221 |
| 516529362 | + | Alex Duque, 67 James STreet, Englewood, NJ 07631-2608 |
| 516529363 | + | All Phase Electric Ent, Inc., 75A Lake Roa Suite 179, Congers, NY 10920-2323 |
| 516529364 | + | Amber Plumbing, 13 Woodward Ave., Bloomingdale, NJ 07403-1503 |
| 516529365 | + | American Insulation Corp., 27-31 1st Avenue, Paterson, NJ 07514-2001 |
| 516529366 | + | Angie's List, 1030 E. Washington Street, Indianapolis, IN 46202-3953 |
| 516529367 | + | BJF Sanitations Inc, 168 Canal Street, Paterson, NJ 07503-3127 |
| 516529372 | + | CQ Electric LLC, P.O. Box 194, Riverdale, NJ 07457-0194 |
| 516529373 | + | CR Bootney Builders llc, 648 Black Oak Ridge Road, Wayne, NJ 07470-6459 |
| 516529370 | + | Chuma's Siding LLC, 33 Leslie PLace, Irvington, NJ 07111-5277 |
| 516471906 | #+ | City Lumber, 49-47 31st street, Long Island City, NY 11101-3106 |
| 516471907 | + | Crestview Financial, 1430 Broadway, Suite 401, New York, NY 10018-3308 |
| 516529374 | + | Dinam Developement Corp, 88-84 138th Street, Jamaica, NY 11435-4111 |
| 516529377 | + | Erminio Liotta, c/o Darryl SAunders, 83 Polk Street, Newark, NJ 07105-2848 |
| 516529378 | + | Fast Tax, P.O. Box 1748, Albrightsville, PA 18210-1748 |
| 516529379 | + | Force Electric Service, 156 Union Avenue, Clifton, NJ 07011-2634 |
| 516529380 | + | G & I Energy, 55 Sawmill Roiad, Lebanon, NJ 08833-4621 |
| 516471908 | + | Glen Rock Stair Corp, 551 Commerce Street, Franklin Lakes, NJ 07417-1309 |
| 516529383 | + | Interstate Waste Service, 300 Frank W. Burr Blvd Su3, Teaneck, NJ 07666-6730 |
| 516529384 | + | Jackie Giguere, Jennifer Stuart, 22 West 66th Street Pen, New York, NY 10023-6207 |
| 516529385 | #+ | Jerry Cohen, 1105 Roosevelt Ave, New Milford, NJ 07646-3225 |
| 516529387 | + | Ken Light, 440 Grren Street, Boonton, NJ 07005-1521 |
| 516529388 | + | Kooney, William, 268 Farrant Ter, Teaneck, NJ 07666-3259 |
| 516529390 | + | Metro Message Center, 170 Washington AVenue, Dumont, NJ 07628-2339 |
| 516529392 | + | NYSIF Workers Compensation, PO BOX 5238, New York, NY 10008-5238 |
| 516471913 | | Nulook Capital c/o TD Bank, 5550 Merrick Roaf Suite 2032, Massapequa, NY 11758 |
| 516529397 | | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 516471916 | | PSEG, P.O. Box 14444, Readington, NJ 08870 |
| 516529394 | + | Paul Fedorchak, 32 Ridge Road, Succasunna, NJ 07876-1840 |
| 516471914 | | Pella Windows and Doors, P.O. 1199, Rutherford, NJ 07070 |
| 516471915 | + | Plymouth Rock, P.O. Box 48, Newark, NJ 07101-0048 |
| 516471917 | + | Skolnick Legal Group, 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| 516876338 | + | Skolnick Legal Group, P.C., 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| 516529399 | + | Sonic Hardwood Floors, 408 Sairs Ave Apt J, Long Branch, NJ 07740-5652 |
| 516925267 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516529401 | + | State of New Jersey, Department of Treasury, 50 Barrack Street 08695, Trenton, NJ 08695-0001 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: pdf905 | Total Noticed: 59 |

| | | |
|---|---|---|
| 516529402 | + | State of New Jersey CBT, TD Bank, P.O. Box 5487, Mt. Laurel, NJ 08054-5487 |
| 516471918 | + | TD Bank, P.O. Box 5487, Mt. Laurel, NJ 08054-5487 |
| 516471919 | + | Terra vest, 601 Hamburg Turnpike, Suite 307, Wayne, NJ 07470-2049 |
| 516471921 | + | Vadim Serebro, Esq., 17 STate STareet Suite 4000, New York, NY 10004-1501 |
| 516529404 | + | Vadim Serebro, Esq., 17 State Street Suite 4000, New York, NY 10004-1501 |
| 516529405 | + | Viola Moore, 981 US RT 9, Parlin, NJ 08859 |
| 516529406 | + | William Holle, 60 Thomas Ave, Shrewsbury, NJ 07702-4022 |
| 516529407 | + | Yellowstone, 30 Broad Street, Suite 14, New York, NY 10004-2906 |
| 516471922 | + | Yellowstone, 30 Broad Street, Suite 1462, New York, NY 10004-2304 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + Email/Text: kdegraw@withum.com | Nov 08 2021 20:31:00 | Withum Smith & Brown, PC, 465 South Street, Suite 200, Morristown, NJ 07960-6439 |
| 516529360 | + Email/Text: amscbankruptcy@adt.com | Nov 08 2021 20:31:00 | ADT, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516471903 | + Email/Text: amscbankruptcy@adt.com | Nov 08 2021 20:31:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516529368 | + Email/Text: bcwrtoff@cablevision.com | Nov 08 2021 20:31:00 | Cablevision, P.O. Box 371378, Pittsburgh, PA 15250-7378 |
| 516471905 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 08 2021 20:38:58 | Chase, P.O. Box 659754, San Antonio, TX 78265 |
| 516529393 | Email/Text: bcwrtoff@cablevision.com | Nov 08 2021 20:31:00 | Optimum, PO BOX 371378, Pittsburgh, PA 15250-7378 |
| 516471920 | + Email/Text: compliance@usli.com | Nov 08 2021 20:31:00 | United States Liability Ins. Comp., 1190 Devon PArk Drive, P.O. Box 6700, Wayne, PA 19087-8700 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516471904 | | Biz Bloom |
| 516529375 | | Emily Robah, 124 Caldwell Ave |
| 516529382 | | Gold Bar Capital, In Advance Working CapiN |
| 516471909 | | In Advance Working Capital Now |
| 516471910 | | Jackie Giguere |
| 516471912 | | Maribel Montesano |
| 516529389 | | Maribel Montesano, 1455 Macopin Road, West Milford |
| 516529400 | | State Insurance Fund, 105 Corporate Park Dr, Suite 200, White Plains, NJ |
| 516529361 | *+ | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516529359 | *+ | Adam Carpentieri, 120 Rutland Court, Glen Rock, NJ 07452-1221 |
| 516529371 | *+ | City Lumber, 49-47 31st street, Long Island City, NY 11101-3106 |
| 516529381 | *+ | Glen Rock Stair Corp, 551 Commerce Street, Franklin Lakes, NJ 07417-1309 |
| 516529369 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 659754, San Antonio, TX 78265 |
| 516529386 | *+ | Johnny on the Spot, 3168 Bordentown Avenue, Old Bridge, NJ 08857-9703 |
| 516529391 | * | Nulook Capital c/o TD Bank, 5550 Merrick Roaf Suite 2032, Massapequa, NY 11758 |
| 516529395 | * | Pella Windows and Doors, P.O. 1199, Rutherford, NJ 07070 |

District/off: 0312-2                          User: admin                                    Page 3 of 4
Date Rcvd: Nov 08, 2021                     Form ID: pdf905                           Total Noticed: 59

| 516529398 | *+ | Skolnick Legal Group, 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| 516529403 | *+ | Terra vest, 601 Hamburg Turnpike, Suite 307, Wayne, NJ 07470-2049 |
| 516529376 | ##+ | Eric Johns, 71 Mohican Park Ave, Dobbs Ferry, NY 10522-2308 |
| 516471911 | ##+ | Johnny on the Spot, 3168 Bordentown Avenue, Old Bridge, NJ 08857-9703 |
| 516529396 | ##+ | Pequannock Disposal, PO BOX 426, Pompton Plains, NJ 07444-0426 |

TOTAL: 8 Undeliverable, 10 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Franklin G. Soto | on behalf of Transferee Jarro Construction & Home Improvements  LLC yesenia@bsgslaw.com, sotofr96356@notify.bestcase.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com |
| Judah B Loewenstein | on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Leonard S. Singer | on behalf of Debtor Universal Sales Consultants zsbankruptcy@gmail.com  r57125@notify.bestcase.com |
| Martin Cabalar | on behalf of Creditor Erminio and Denise Liotta mcabalar@bplegal.com shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Accountant Withum Smith & Brown  PC kartztee@optonline.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |

District/off: 0312-2

Date Rcvd: Nov 08, 2021

TOTAL: 11

User: admin

Form ID: pdf905

Page 4 of 4

Total Noticed: 59