**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Ste. 2F
Morris Plains, New Jersey 07950
Tel: 973.267.0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
Attorneys for Steven P. Kartzman,
as Chapter 7 Trustee

| | |
|---|---|
| In re:<br><br>**UNIVERSAL SALES CONSULTANTS, INC.,**<br><br>Debtor.<br><br>**STEVEN P. KARTZMAN as Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>v.<br><br>**JARRO CONSTRUCTION & HOME IMPROVEMENTS, LLC,**<br><br>Defendant. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 16-30690 (SLM)<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel<br><br><br>Adv. Pro. No. 18-01542 (SLM)<br><br>Honorable Stacey L. Meisel |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF NEW JERSEY**

**WHEREAS** Judgment was entered in the above-entitled action in favor of Plaintiff, Steven P. Kartzman, Trustee, and against Defendant Jarro Construction & Home Improvements LLC in the United States Bankruptcy Court for the District of New Jersey on January 28, 2020 (the "Judgment").

**NOW THEREFORE** this is your warrant and authority to enter on the aforesaid record, the satisfaction of the Judgment entered on January 28, 2020, as to Defendant Jarro Construction & Home Improvements LLC.

                                          MELLINGER KARTZMAN LLC
                                          *Attorneys for Steven P. Kartzman, Judgment Creditor*

                                          By: _____
Dated: January 7, 2022                      Steven A. Jayson, Esq.