Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.: 16−30690−SLM
                  Chapter: 7
                  Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Universal Sales Consultants
    dba Universal Renovation Consultants
    1123 A Route 23 S.
    Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
    47−2169023

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       5/17/22
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mellinger Kartzman LLC, Trustee's Attorney

COMMISSION OR FEES
$79,511.50

EXPENSES
$1,439.18

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 13, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-30690-SLM |
| Universal Sales Consultants | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 13, 2022 | Form ID: 137 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Universal Sales Consultants, 1123 A Route 23 S., Wayne, NJ 07470-6608 |
| cr | | Erminio and Denise Liotta, Becker and Poliakoff, LLP, 1776 On the Green, Suite 702,, 67 Park Palace East, Suite 702 |
| trfee | + | Jarro Construction & Home Improvements, LLC, 193 Kansas Street, Hackensack, NJ 07601, UNITED STATES 07601-4019 |
| 516471901 | + | 1 Computer, 66 Laguna Drive, Wayne, NJ 07470-5952 |
| 516471902 | + | Adam Carpentieri, 120 Rutland Court, Glen Rock, NJ 07452-1221 |
| 516529362 | + | Alex Duque, 67 James STreet, Englewood, NJ 07631-2608 |
| 516529363 | + | All Phase Electric Ent, Inc., 75A Lake Roa Suite 179, Congers, NY 10920-2323 |
| 516529364 | + | Amber Plumbing, 13 Woodward Ave., Bloomingdale, NJ 07403-1503 |
| 516529365 | + | American Insulation Corp., 27-31 1st Avenue, Paterson, NJ 07514-2001 |
| 516529366 | + | Angie's List, 1030 E. Washington Street, Indianapolis, IN 46202-3953 |
| 516529367 | + | BJF Sanitations Inc, 168 Canal Street, Paterson, NJ 07503-3127 |
| 516529372 | + | CQ Electric LLC, P.O. Box 194, Riverdale, NJ 07457-0194 |
| 516529373 | + | CR Bootney Builders llc, 648 Black Oak Ridge Road, Wayne, NJ 07470-6459 |
| 516529370 | + | Chuma's Siding LLC, 33 Leslie PLace, Irvington, NJ 07111-5277 |
| 516471906 | #+ | City Lumber, 49-47 31st street, Long Island City, NY 11101-3106 |
| 516471907 | + | Crestview Financial, 1430 Broadway, Suite 401, New York, NY 10018-3308 |
| 516529374 | + | Dinam Developement Corp, 88-84 138th Street, Jamaica, NY 11435-4111 |
| 516529377 | + | Erminio Liotta, c/o Darryl SAunders, 83 Polk Street, Newark, NJ 07105-2848 |
| 516529378 | + | Fast Tax, P.O. Box 1748, Albrightsville, PA 18210-1748 |
| 516529379 | #+ | Force Electric Service, 156 Union Avenue, Clifton, NJ 07011-2634 |
| 516529380 | + | G & I Energy, 55 Sawmill Roiad, Lebanon, NJ 08833-4621 |
| 516471908 | + | Glen Rock Stair Corp, 551 Commerce Street, Franklin Lakes, NJ 07417-1309 |
| 516529383 | + | Interstate Waste Service, 300 Frank W. Burr Blvd Su3, Teaneck, NJ 07666-6730 |
| 516529384 | + | Jackie Giguere, Jennifer Stuart, 22 West 66th Street Pen, New York, NY 10023-6207 |
| 519523745 | + | Jarro Construction & Home Improvement, 193 Kansas Street, Hackensack, NJ 07601-4019 |
| 519494359 | + | Jarro Constuction & Home Improvements, LLC, 193 Kansas Street, Hackensack, NJ 07601-4019 |
| 516529385 | #+ | Jerry Cohen, 1105 Roosevelt Ave, New Milford, NJ 07646-3225 |
| 516529387 | + | Ken Light, 440 Grren Street, Boonton, NJ 07005-1521 |
| 516529388 | + | Kooney, William, 268 Farrant Ter, Teaneck, NJ 07666-3259 |
| 516529390 | + | Metro Message Center, 170 Washington AVenue, Dumont, NJ 07628-2339 |
| 516529392 | + | NYSIF Workers Compensation, PO BOX 5238, New York, NY 10008-5238 |
| 516471913 | | Nulook Capital c/o TD Bank, 5550 Merrick Roaf Suite 2032, Massapequa, NY 11758 |
| 516529397 | | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 516471916 | | PSEG, P.O. Box 14444, Readington, NJ 08870 |
| 516529394 | + | Paul Fedorchak, 32 Ridge Road, Succasunna, NJ 07876-1840 |
| 516471914 | | Pella Windows and Doors, P.O. 1199, Rutherford, NJ 07070 |
| 516471915 | + | Plymouth Rock, P.O. Box 48, Newark, NJ 07101-0048 |
| 516529401 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, 50 Barrack Street 08695, Trenton, NJ 08695 |
| 516471917 | + | Skolnick Legal Group, 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| 516876338 | + | Skolnick Legal Group, P.C., 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |

| | | |
|---|---|---|
| 516529399 | + | Sonic Hardwood Floors, 408 Sairs Ave Apt J, Long Branch, NJ 07740-5652 |
| 516925267 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516529402 | + | State of New Jersey CBT, TD Bank, P.O. Box 5487, Mt. Laurel, NJ 08054-5487 |
| 516471918 | + | TD Bank, P.O. Box 5487, Mt. Laurel, NJ 08054-5487 |
| 516471919 | + | Terra vest, 601 Hamburg Turnpike, Suite 307, Wayne, NJ 07470-2049 |
| 516471921 | + | Vadim Serebro, Esq., 17 STate STareet Suite 4000, New York, NY 10004-1501 |
| 516529404 | + | Vadim Serebro, Esq., 17 State Street Suite 4000, New York, NY 10004-1501 |
| 516529405 | + | Viola Moore, 981 US RT 9, Parlin, NJ 08859 |
| 516529406 | + | William Holle, 60 Thomas Ave, Shrewsbury, NJ 07702-4022 |
| 516529407 | + | Yellowstone, 30 Broad Street, Suite 14, New York, NY 10004-2906 |
| 516471922 | + | Yellowstone, 30 Broad Street, Suite 1462, New York, NY 10004-2304 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Apr 13 2022 20:20:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Apr 13 2022 20:20:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2022 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2022 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: kdegraw@withum.com | Apr 13 2022 20:21:00 | Withum Smith & Brown, PC, 465 South Street, Suite 200, Morristown, NJ 07960-6439 |
| 516529360 | + | Email/Text: amscbankruptcy@adt.com | Apr 13 2022 20:21:00 | ADT, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516471903 | + | Email/Text: amscbankruptcy@adt.com | Apr 13 2022 20:21:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516529368 | + | Email/Text: bcwrtoff@cablevision.com | Apr 13 2022 20:21:00 | Cablevision, P.O. Box 371378, Pittsburgh, PA 15250-7378 |
| 516471905 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 13 2022 20:25:20 | Chase, P.O. Box 659754, San Antonio, TX 78265 |
| 516529393 | | Email/Text: bcwrtoff@cablevision.com | Apr 13 2022 20:21:00 | Optimum, PO BOX 371378, Pittsburgh, PA 15250-7378 |
| 516471920 | + | Email/Text: compliance@usli.com | Apr 13 2022 20:20:00 | United States Liability Ins. Comp., 1190 Devon PArk Drive, P.O. Box 6700, Wayne, PA 19087-8700 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516471904 | | Biz Bloom |
| 516529375 | | Emily Robah, 124 Caldwell Ave |
| 516529382 | | Gold Bar Capital, In Advance Working CapiN |
| 516471909 | | In Advance Working Capital Now |
| 516471910 | | Jackie Giguere |
| 516471912 | | Maribel Montesano |
| 516529389 | | Maribel Montesano, 1455 Macopin Road, West Milford |
| 516529400 | | State Insurance Fund, 105 Corporate Park Dr, Suite 200, White Plains, NJ |
| 516529361 | *+ | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Apr 13, 2022 | Form ID: 137 | Total Noticed: 62 |

| | | |
|---|---|---|
| 516529359 | *+ | Adam Carpentieri, 120 Rutland Court, Glen Rock, NJ 07452-1221 |
| 516529371 | *+ | City Lumber, 49-47 31st street, Long Island City, NY 11101-3106 |
| 516529381 | *+ | Glen Rock Stair Corp, 551 Commerce Street, Franklin Lakes, NJ 07417-1309 |
| 516529369 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 659754, San Antonio, TX 78265 |
| 516529386 | *+ | Johnny on the Spot, 3168 Bordentown Avenue, Old Bridge, NJ 08857-9703 |
| 516529391 | * | Nulook Capital c/o TD Bank, 5550 Merrick Roaf Suite 2032, Massapequa, NY 11758 |
| 516529395 | * | Pella Windows and Doors, P.O. 1199, Rutherford, NJ 07070 |
| 516529398 | *+ | Skolnick Legal Group, 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| 516529403 | *+ | Terra vest, 601 Hamburg Turnpike, Suite 307, Wayne, NJ 07470-2049 |
| 516529376 | ##+ | Eric Johns, 71 Mohican Park Ave, Dobbs Ferry, NY 10522-2308 |
| 516471911 | ##+ | Johnny on the Spot, 3168 Bordentown Avenue, Old Bridge, NJ 08857-9703 |
| 516529396 | ##+ | Pequannock Disposal, PO BOX 426, Pompton Plains, NJ 07444-0426 |

TOTAL: 8 Undeliverable, 10 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Franklin G. Soto | on behalf of Transferee Jarro Construction & Home Improvements LLC yesenia@bsgslaw.com, sotofr96356@notify.bestcase.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com |
| Judah B Loewenstein | on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Leonard S. Singer | on behalf of Debtor Universal Sales Consultants zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| Martin Cabalar | on behalf of Creditor Erminio and Denise Liotta mcabalar@beckerlawyers.com yhiciano@beckerlawyers.com;vmogavero@beckerlawyers.com;sklein@beckerlawyers.com;cstark@beckerlawyers.com |
| Steven A. Jayson | on behalf of Plaintiff Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |

District/off: 0312-2   User: admin   Page 4 of 4
Date Rcvd: Apr 13, 2022   Form ID: 137   Total Noticed: 62

| | |
|---|---|
| | on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Accountant Withum Smith & Brown  PC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |

TOTAL: 12