Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                        Case No.:  16–30690–SLM
                        Chapter:  7
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Universal Sales Consultants
   dba Universal Renovation Consultants
   1123 A Route 23 S.
   Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
   47–2169023

---

## CERTIFICATION OF NO OBJECTION

     I  Sharon Joyce Purce , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Settlement of Default Judgment against CR Boothney Builders, LLC.


Dated: May 4, 2022
JAN: sjp

                                                            Jeanne Naughton
                                                            Clerk