UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Franklin G. Soto, Esq. 046001989
Bastarrika, Soto, Gonzalez & Somohano LLP
3 Garret Mountain Plaza - Suite 302
Woodland Park, NJ 07424
Tel: 973-977-9919

In Re:
Universal Sales Consultans

Case No.: 16-30690-SLM

Chapter: 7

Judge: Stacey M. Meisel

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of struction & Home Improvem. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Franklin G. Soto, Esq.
Bastarrika, Soto, Gonzalez & Somohano LLP.
3 Garret Mountain Plaza - Ste 302
Woodland Park, NJ 07424

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/15/2022

/s/Franklin G. Soto
Signature

*new.8/1/15*