

Jose I. Bastarrika[1]
Franklin G. Soto[2]
Jerard A. Gonzalez
John T. Somohano

Gabrielle Thurin[3]
Kelly Degen
Jane Personette
Stacey Torres
Reana Garcia

Qualified Rule 1:40 Mediator[1]
Member NY & NJ Bars[2]
Member of NJ and Puerto Rico Bars[3]

**3 Garret Mountain Plaza, Suite 302**
**Woodland Park, NJ 07424**
**T: 973 977 9919**
**F: 973 977 2021**
www.bsgslaw.com

January 11, 2023

<u>Via Electronic Submission</u>
**Honorable Stacey L. Meisel, U.S.D.C.J.**
United States Bankruptcy Court of the District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

          **Re:**    In re Universal Sales Consultants, Inc.
                     Steven P. Kartzman as Chap. 7 Trustee v. Jarro Construction & Home Improvements, LLC
                     Case No. 16-30690 (SLM)
                     Docket No. DJ-81283-20
                     Adv. Pro No.: 18-01542-SLM

Dear Judge Meisel:

      After review of our recently file submission, we ask that Courts withdraws our filed duplicates claims 10,11,12 and 13 and just leave claim number 9.

      Thank you for your attention and courtesies to this matter.

                     Respectfully submitted,
                     **Bastarrika, Soto, Gonzalez, & Somohano, LLP.**
                     */s/ Franklin G. Soto*

                     Franklin G. Soto, Esq.

FGS/je