Franklin G. Soto, Esq. (046001898)
**Bastarrika, Soto, Gonzalez & Somohano, LLP**
3 Garret Mountain Plaza, Suite 302
Woodland Park, NJ 07424
Tel (973) 977-9919
Attorney(s) for Jarro Construction & Home Improvement, LLC

## UNITED STATES BANKRUPCTY COURT
## DISTRICT OF NEW JERSEY

In Re:

Universal Sales Consultants, Inc.

CASE NO: 16-30690-SLM

CHAPTER 7

## NOTICE OF WITHDRAWAL OF CLAIM

I FRANKLIN G. SOTO, Esq. on January 14, 2022, a Proof of Claim along with supporting documents was filed on behalf of Creditor Jarro Construction & Home Improvement, LLC.

I withdraw Proof of Claims number 10, 11, 12 and 13 from the above mentioned bankruptcy matter.

Bastarrika, Soto, Gonzalez & Somohano LLP.
Attorney for Plaintiff

Dated: February 3, 2023

_____
Franklin G. Soto, Esq.