**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



**Order Filed on February 17, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**UNIVERSAL SALES CONSULTANTS**,<br><br>Debtor. | Case No. 16-30690 (SLM)<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #8)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 17, 2023**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtors:   Universal Sales Consultants
Case No.:  16-30690 (SLM)
Caption:   Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #8)

---

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1.  Claim No. 8 filed by Crestview Financial, LLC d/b/a In Advance Capital is hereby reclassified in its entirety from a secured claim to a general unsecured claim.

2.  Claim No. 8 filed by Crestview Financial, LLC d/b/a In Advance Capital is hereby disallowed in its entirety.

3.  A copy of this Order shall be served on all interested parties within 7 days of the date hereof.