Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–30690–SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Universal Sales Consultants
    dba Universal Renovation Consultants
    1123 A Route 23 S.
    Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
    47–2169023

## CERTIFICATION OF NO OBJECTION

    I  Rebecca Hernandez , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

Three Judgments


Dated: May 3, 2023
JAN: rh

                                        Jeanne Naughton
                                        Clerk