| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By:  Steven P. Kartzman, Esq.<br>skartzman@msklaw.net<br>*Attorneys for Steven P. Kartzman,*<br>*as Chapter 7 Trustee* | Case No.:  16-30690 (SLM)<br><br>Chapter:   7 |
| **In re:**<br><br>**UNIVERSAL SALES CONSULTANTS,**<br><br>            **Debtor.** | Judge:  Stacey L. Meisel<br><br>Hearing Date: July 11, 2023 @ 10:00 a.m. |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1. I, *Patricia Masiello*:

    ☐ represent _____ in this matter.

    *[x]* am the secretary/paralegal for *Mellinger Kartzman LLC*, who represents *Steven P. Kartzman, Chapter 7 Trustee*  in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On *June 13, 2023*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Notice of Motion and Motion of Steven P. Kartzman, Chapter 7 Trustee, for an Order Authorizing Abandonment and Destruction of Business Records Pursuant to 11 U.S.C. § 554(a) and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure; Proposed Order Authorizing Abandonment and Destruction of Business Records; and Certificate of Service.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Date:  *June 13, 2023*                                                              */s/ Patricia Masiello*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the Attorney General<br>New Jersey Attorney General's Office<br>Richard J. Hughes Justice Complex<br>25 Market Street, PO Box 112<br>Trenton, NJ 08825 | | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |