Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 16–30690–SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Universal Sales Consultants
   dba Universal Renovation Consultants
   1123 A Route 23 S.
   Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
   47–2169023

---

## CERTIFICATION OF NO OBJECTION

   I  Susan Zive , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

re: Business Records.


Dated: July 6, 2023
JAN: smz

                                                                       Jeanne Naughton
                                                                       Clerk