**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Steven P. Kartzman, Esq.
skartzman@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*



Order Filed on July 11, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>UNIVERSAL SALES CONSULTANTS,<br><br>                                    Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 16-30690 (SLM)<br><br>Chapter 7<br><br>The Honorable Stacey L. Meisel |

**ORDER AUTHORIZING ABANDONMENT AND DESTRUCTION
OF BUSINESS RECORDS PURSUANT TO 11 U.S.C. § 554(a) AND
RULE 6007(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 11, 2023**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Universal Sales Consultants
Case No.: 16-30690 (SLM)
Caption: Order Authorizing Abandonment and Destruction of Business Records Pursuant to 11 U.S.C. § 554(a) and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure

---

This matter having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger Kartzman LLC, for entry of an order authorizing abandonment and destruction of business records pursuant to 11 U.S.C. § 554(a) and Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Motion"); and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and the principal of the Debtor not having filed opposition or made a request for the Business Records, and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1. The Trustee be and hereby is authorized to abandon and destroy any or all Business Records of the debtor, Universal Sales Consultants (the "Debtor"), unless Edmour Giguere picks up the records from the Trustee's office and/or the office of Withum Smith & Brown, PC, within 10 days of the date of entry of this Order.

2. Notwithstanding the aforesaid authorization, the Trustee in his sole discretion may retain any books and records of the Debtor which he believes he may need to complete the proper discharge of his duties as Trustee herein.

3. The Trustee shall serve a copy of this Order on all interested parties within three (3) days from the date of entry.