UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

WITHUM SMITH + BROWN, P.C.
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, NJ 07981
(973) 898-9494
Accountants for Trustee

In Re:

**Universal Sales Consultants**

Debtor.

Order Filed on July 14, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-30690-SLM

Chapter 7

Hearing Date: August 15, 2023 @ 2:30 PM

Judge: Honorable Stacey M. Meisel

## ORDER GRANTING ALLOWANCES ON FINAL PETITION
## FOR COMPENSATION TO ACCOUNTANTS FOR THE TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: July 14, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor: Universal Sales Consultants

Case No.: 16-30690-SLM

Caption of Order:   **ORDER GRANTING ALLOWANCES ON FINAL PETITION FOR COMPENSATION TO ACCOUNTANTS FOR TRUSTEE**

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown.

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Withum Smith + Brown, P.C. | $964.00 | NONE |