**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Steven P. Kartzman, Esq.
skartzman@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*



Order Filed on July 11, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>UNIVERSAL SALES CONSULTANTS,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 16-30690 (SLM)<br><br>Chapter 7<br><br>The Honorable Stacey L. Meisel |

**ORDER AUTHORIZING ABANDONMENT AND DESTRUCTION
OF BUSINESS RECORDS PURSUANT TO 11 U.S.C. § 554(a) AND
RULE 6007(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 11, 2023**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2

| | |
|---|---|
| Debtor: | Universal Sales Consultants |
| Case No.: | 16-30690 (SLM) |
| Caption: | Order Authorizing Abandonment and Destruction of Business Records Pursuant to 11 U.S.C. § 554(a) and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure |

This matter having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger Kartzman LLC, for entry of an order authorizing abandonment and destruction of business records pursuant to 11 U.S.C. § 554(a) and Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Motion"); and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and the principal of the Debtor not having filed opposition or made a request for the Business Records, and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1. The Trustee be and hereby is authorized to abandon and destroy any or all Business Records of the debtor, Universal Sales Consultants (the "Debtor"), unless Edmour Giguere picks up the records from the Trustee's office and/or the office of Withum Smith & Brown, PC, within 10 days of the date of entry of this Order.

2. Notwithstanding the aforesaid authorization, the Trustee in his sole discretion may retain any books and records of the Debtor which he believes he may need to complete the proper discharge of his duties as Trustee herein.

3. The Trustee shall serve a copy of this Order on all interested parties within three (3) days from the date of entry.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-30690-SLM
Universal Sales Consultants  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jul 12, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Universal Sales Consultants, 1123 A Route 23 S., Wayne, NJ 07470-6663 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Franklin G. Soto
    on behalf of Transferee Jarro Construction & Home Improvements LLC yesenia@bsgslaw.com, sotofr96356@notify.bestcase.com

Joseph R Zapata, Jr
    on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Judah B Loewenstein
    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Leonard S. Singer
    on behalf of Debtor Universal Sales Consultants zsbankruptcy@gmail.com r57125@notify.bestcase.com

Martin Cabalar
    on behalf of Creditor Erminio and Denise Liotta mcabalar@beckerlawyers.com
    yhiciano@beckerlawyers.com;vmogavero@beckerlawyers.com;sklein@beckerlawyers.com;cstark@beckerlawyers.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Plaintiff Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven J. Mitnick
    on behalf of Unknown Role Type SM Financial Services Corp. smitnick@sm-lawpc.com lindsay@sm-lawpc.com

Steven P. Kartzman
    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Accountant Withum Smith & Brown  PC Trustee@msklaw.net,
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

TOTAL: 14