UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

WITHUM SMITH + BROWN, P.C.
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, NJ 07981
(973) 898-9494
Accountants for Trustee

In Re:

**Universal Sales Consultants**

Debtor.

Order Filed on July 14, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-30690-SLM

Chapter 7

Hearing Date: August 15, 2023 @ 2:30 PM

Judge: Honorable Stacey M. Meisel

## ORDER GRANTING ALLOWANCES ON FINAL PETITION
## FOR COMPENSATION TO ACCOUNTANTS FOR THE TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: July 14, 2023**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor: Universal Sales Consultants

Case No.: 16-30690-SLM

Caption of Order: **ORDER GRANTING ALLOWANCES ON FINAL PETITION FOR COMPENSATION TO ACCOUNTANTS FOR TRUSTEE**

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown.

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Withum Smith + Brown, P.C. | $964.00 | NONE |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                      Case No. 16-30690-SLM
Universal Sales Consultants                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jul 14, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Universal Sales Consultants, 1123 A Route 23 S., Wayne, NJ 07470-6663 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

**Name            Email Address**

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Franklin G. Soto
    on behalf of Transferee Jarro Construction & Home Improvements LLC yesenia@bsgslaw.com, sotofr96356@notify.bestcase.com

Joseph R Zapata, Jr
    on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Judah B Loewenstein
    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Leonard S. Singer
    on behalf of Debtor Universal Sales Consultants zsbankruptcy@gmail.com r57125@notify.bestcase.com

Martin Cabalar
    on behalf of Creditor Erminio and Denise Liotta mcabalar@beckerlawyers.com
    yhiciano@beckerlawyers.com;vmogavero@beckerlawyers.com;sklein@beckerlawyers.com;cstark@beckerlawyers.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
    on behalf of Plaintiff Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven J. Mitnick
    on behalf of Unknown Role Type SM Financial Services Corp. smitnick@sm-lawpc.com lindsay@sm-lawpc.com

Steven P. Kartzman
    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Accountant Withum Smith & Brown PC Trustee@msklaw.net,
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

TOTAL: 14