Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−30690−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Universal Sales Consultants
   dba Universal Renovation Consultants
   1123 A Route 23 S.
   Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
   47−2169023

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      9/19/23
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mellinger Kartzman LLC, Trustee's Attorney

COMMISSION OR FEES
fee: $13,629.50

EXPENSES
expenses: $284.95

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 8, 2023
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-30690-SLM |
| Universal Sales Consultants | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 08, 2023 | Form ID: 137 | Total Noticed: 63 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Universal Sales Consultants, 1123 A Route 23 S., Wayne, NJ 07470-6663 |
| cr | | Erminio and Denise Liotta, Becker and Poliakoff, LLP, 1776 On the Green, Suite 702,, 67 Park Palace East, Suite 702 |
| trfee | + | Jarro Construction & Home Improvements, LLC, 193 Kansas Street, Hackensack, NJ 07601, UNITED STATES 07601-4019 |
| 516471901 | + | 1 Computer, 66 Laguna Drive, Wayne, NJ 07470-5952 |
| 516471902 | + | Adam Carpentieri, 120 Rutland Court, Glen Rock, NJ 07452-1221 |
| 516529362 | + | Alex Duque, 67 James STreet, Englewood, NJ 07631-2608 |
| 516529363 | + | All Phase Electric Ent, Inc., 75A Lake Roa Suite 179, Congers, NY 10920-2323 |
| 516529364 | + | Amber Plumbing, 13 Woodward Ave., Bloomingdale, NJ 07403-1503 |
| 516529365 | + | American Insulation Corp., 27-31 1st Avenue, Paterson, NJ 07514-2001 |
| 516529366 | + | Angie's List, 1030 E. Washington Street, Indianapolis, IN 46202-3953 |
| 516529367 | + | BJF Sanitations Inc, 168 Canal Street, Paterson, NJ 07503-3127 |
| 516529372 | + | CQ Electric LLC, P.O. Box 194, Riverdale, NJ 07457-0194 |
| 516529373 | + | CR Bootney Builders llc, 648 Black Oak Ridge Road, Wayne, NJ 07470-6459 |
| 516529370 | + | Chuma's Siding LLC, 33 Leslie PLace, Irvington, NJ 07111-5277 |
| 516471907 | + | Crestview Financial, 1430 Broadway, Suite 401, New York, NY 10018-3308 |
| 516529374 | + | Dinam Developement Corp, 88-84 138th Street, Jamaica, NY 11435-4111 |
| 516529377 | + | Erminio Liotta, c/o Darryl SAunders, 83 Polk Street, Newark, NJ 07105-2848 |
| 516529378 | + | Fast Tax, P.O. Box 1748, Albrightsville, PA 18210-1748 |
| 516529380 | + | G & I Energy, 55 Sawmill Roiad, Lebanon, NJ 08833-4621 |
| 516471908 | + | Glen Rock Stair Corp, 551 Commerce Street, Franklin Lakes, NJ 07417-1309 |
| 516529383 | + | Interstate Waste Service, 300 Frank W. Burr Blvd Su3, Teaneck, NJ 07666-6730 |
| 516529384 | + | Jackie Giguere, Jennifer Stuart, 22 West 66th Street Pen, New York, NY 10023-6207 |
| 519523745 | + | Jarro Construction & Home Improvement, 193 Kansas Street, Hackensack, NJ 07601-4019 |
| 519677009 | + | Jarro Construction & Home Improvements, LLC, 3 Garrett Mountain Plaza, Suite 302, WOODLAND PARK, NJ 07424-3352 |
| 519494359 | + | Jarro Constuction & Home Improvements, LLC, 193 Kansas Street, Hackensack, NJ 07601-4019 |
| 516529385 | + | Jerry Cohen, 10176 Lexington Circle N., Boynton Beach, FL 33436-4561 |
| 516471911 | + | Johnny on the Spot, 3168 Bordentown Avenue, Old Bridge, NJ 08857-9703 |
| 516529387 | + | Ken Light, 440 Grren Street, Boonton, NJ 07005-1521 |
| 516529388 | + | Kooney, William, 268 Farrant Ter, Teaneck, NJ 07666-3259 |
| 516529390 | + | Metro Message Center, 170 Washington AVenue, Dumont, NJ 07628-2339 |
| 516529392 | + | NYSIF Workers Compensation, PO BOX 5238, New York, NY 10008-5238 |
| 516471913 | | Nulook Capital c/o TD Bank, 5550 Merrick Roaf Suite 2032, Massapequa, NY 11758 |
| 516471916 | | PSEG, P.O. Box 14444, Readington, NJ 08870 |
| 516529394 | + | Paul Fedorchak, 32 Ridge Road, Succasunna, NJ 07876-1840 |
| 516471914 | | Pella Windows and Doors, P.O. 1199, Rutherford, NJ 07070 |
| 516529396 | + | Pequannock Disposal, PO BOX 426, Pompton Plains, NJ 07444-0426 |
| 516471915 | + | Plymouth Rock, P.O. Box 48, Newark, NJ 07101-0048 |
| 516529401 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, 50 Barrack Street 08695, Trenton, NJ 08695 |
| 516471917 | + | Skolnick Legal Group, 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| 516876338 | + | Skolnick Legal Group, P.C., 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| 516529399 | + | Sonic Hardwood Floors, 408 Sairs Ave Apt J, Long Branch, NJ 07740-5652 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: 137 | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| 516925267 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 | |
| 516529402 | + | State of New Jersey CBT, TD Bank, P.O. Box 5487, Mt. Laurel, NJ 08054-5487 | |
| 516471918 | + | TD Bank, P.O. Box 5487, Mt. Laurel, NJ 08054-5487 | |
| 516471919 | + | Terra vest, 601 Hamburg Turnpike, Suite 307, Wayne, NJ 07470-2049 | |
| 516471921 | + | Vadim Serebro, Esq., 17 STate STareet Suite 4000, New York, NY 10004-1501 | |
| 516529404 | + | Vadim Serebro, Esq., 17 State Street Suite 4000, New York, NY 10004-1501 | |
| 516529405 | + | Viola Moore, 981 US RT 9, Parlin, NJ 08859 | |
| 516529406 | + | William Holle, 60 Thomas Ave, Shrewsbury, NJ 07702-4022 | |
| 516529407 | + | Yellowstone, 30 Broad Street, Suite 14, New York, NY 10004-2906 | |
| 516471922 | + | Yellowstone, 30 Broad Street, Suite 1462, New York, NY 10004-2304 | |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Aug 09 2023 01:20:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Aug 09 2023 01:20:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2023 01:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2023 01:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: kdegraw@withum.com | Aug 09 2023 01:21:00 | Withum Smith & Brown, PC, 465 South Street, Suite 200, Morristown, NJ 07960-6439 |
| 516529360 | + | Email/Text: amscbankruptcy@adt.com | Aug 09 2023 01:22:00 | ADT, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516471903 | + | Email/Text: amscbankruptcy@adt.com | Aug 09 2023 01:22:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516529368 | + | Email/Text: bcwrtoff@cablevision.com | Aug 09 2023 01:22:00 | Cablevision, P.O. Box 371378, Pittsburgh, PA 15250-7378 |
| 516471905 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2023 21:53:24 | Chase, P.O. Box 659754, San Antonio, TX 78265 |
| 516529393 | | Email/Text: bcwrtoff@cablevision.com | Aug 09 2023 01:22:00 | Optimum, PO BOX 371378, Pittsburgh, PA 15250-7378 |
| 516529397 | ^ | MEBN | Aug 08 2023 20:33:09 | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 516471920 | + | Email/Text: compliance@usli.com | Aug 09 2023 01:20:00 | United States Liability Ins. Comp., 1190 Devon PArk Drive, P.O. Box 6700, Wayne, PA 19087-8700 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516471904 | | Biz Bloom |
| 516529375 | | Emily Robah, 124 Caldwell Ave |
| 516529382 | | Gold Bar Capital, In Advance Working CapiN |
| 516471909 | | In Advance Working Capital Now |
| 516471910 | | Jackie Giguere |
| 516471912 | | Maribel Montesano |
| 516529389 | | Maribel Montesano, 1455 Macopin Road, West Milford |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: 137 | Total Noticed: 63 |

| | | |
|---|---|---|
| 516529400 | | State Insurance Fund, 105 Corporate Park Dr, Suite 200, White Plains, NJ |
| 516529361 | *+ | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 516529359 | *+ | Adam Carpentieri, 120 Rutland Court, Glen Rock, NJ 07452-1221 |
| 516529371 | *+ | City Lumber, 49-47 31st street, Long Island City, NY 11101-3106 |
| 516529381 | *+ | Glen Rock Stair Corp, 551 Commerce Street, Franklin Lakes, NJ 07417-1309 |
| 516529369 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O. Box 659754, San Antonio, TX 78265 |
| 516529386 | *+ | Johnny on the Spot, 3168 Bordentown Avenue, Old Bridge, NJ 08857-9703 |
| 516529391 | * | Nulook Capital c/o TD Bank, 5550 Merrick Roaf Suite 2032, Massapequa, NY 11758 |
| 516529395 | * | Pella Windows and Doors, P.O. 1199, Rutherford, NJ 07070 |
| 516529398 | *+ | Skolnick Legal Group, 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| 516529403 | *+ | Terra vest, 601 Hamburg Turnpike, Suite 307, Wayne, NJ 07470-2049 |
| 516471906 | ##+ | City Lumber, 49-47 31st street, Long Island City, NY 11101-3106 |
| 516529376 | ##+ | Eric Johns, 71 Mohican Park Ave, Dobbs Ferry, NY 10522-2308 |
| 516529379 | ##+ | Force Electric Service, 156 Union Avenue, Clifton, NJ 07011-2634 |

TOTAL: 8 Undeliverable, 10 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023               Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Denise E. Carlon
　　on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Franklin G. Soto
　　on behalf of Transferee Jarro Construction & Home Improvements LLC yesenia@bsgslaw.com, sotofr96356@notify.bestcase.com

Joseph R Zapata, Jr
　　on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com

Judah B Loewenstein
　　on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Judah B Loewenstein
　　on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Leonard S. Singer
　　on behalf of Debtor Universal Sales Consultants zsbankruptcy@gmail.com r57125@notify.bestcase.com

Martin Cabalar
　　on behalf of Creditor Erminio and Denise Liotta mcabalar@beckerlawyers.com yhiciano@beckerlawyers.com;vmogavero@beckerlawyers.com;sklein@beckerlawyers.com;cstark@beckerlawyers.com

Steven A. Jayson
　　on behalf of Plaintiff Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

District/off: 0312-2  User: admin  Page 4 of 4
Date Rcvd: Aug 08, 2023  Form ID: 137  Total Noticed: 63

|   |   |
|---|---|
|   | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven J. Mitnick | on behalf of Unknown Role Type SM Financial Services Corp. smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven P. Kartzman | on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Accountant Withum Smith & Brown PC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |

TOTAL: 15