UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By:  Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

**Order Filed on September 20, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**UNIVERSAL SALES CONSULTANTS, INC.**

Debtor.

Case No. 16-30690-SLM

Chapter 7

Hearing Date:   September 19, 2023 @ 2:30 p.m.

Judge: Honorable Stacey L. Meisel

### ORDER GRANTING SECOND AND FINAL ALLOWANCE OF FEES AND EXPENSES TO MELLINGER KARTZMAN LLC, ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: September 20, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Universal Sales Consultants, Inc. |
| Case No.: | 16-30690-SLM |
| Caption of Order: | Order Granting Allowances |

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee, Steven P. Kartzman) | $13,629.50 | $284.95 |