Exhibit F

Order Filed on May 21, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) STEVEN P. KARTZMAN MELLINGER KARTZMAN LLC 101 GIBRALTAR DRIVE SUITE 2F MORRIS PLAINS, NJ 07950 Chapter 7 Trustee |
| In Re: UNIVERSAL SALES CONSULTANTS<br><br>       Debtor. |

Case No.: 16-30690-SLM

Judge: STACEY L. MEISEL

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 21, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: UNIVERSAL SALES CONSULTANTS
Case No.: 16-30690-SLM
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

    Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $<u>3,437.89</u> is reasonable compensation for the services in this case by STEVEN P. KARTZMAN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $<u>0.00</u> is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.