# MELLINGER KARTZMAN LLC
## ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

**FILED**
JEANNE A. NAUGHTON, CLERK
MAY 31 2024
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

Clerk, U.S. Bankruptcy Court
District of New Jersey
P.O. Box 1352
Newark, NJ 07101-1352

May 28, 2024

Re.: **Universal Sale Consultants**, Case No. 16-30690-SLM

Dear Clerk:

Enclosed please find check in the amount of $472.02, representing partial and final fee for all adversaries pro rata.

Should you have any questions, please feel free to contact me.

Very truly yours,
*Steven P. Kartzman*
STEVEN P. KARTZMAN

SPK:dmz
Enclosure